# G.W. MERRICK & ASSOCIATES, LLC

Attorneys-at-Law

6300 South Syracuse Way, Suite 220
Centennial, Colorado 80111
303-831-9400
303-771-5803 *fax*
www.gwmerrick.com

Glenn W. Merrick
gwm@gwmerrick.com

July 11, 2014

**Via CM/ECF**

Patricia S. Connor, Esq.
Clerk of the Court
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219

Re: *National Heritage Foundation, Inc. v. Behrmann*
Fourth Circuit Case No. 13-1608

Dear Ms. Connor:

Pursuant to Fed.R.App.P. 39(a), and in accordance with the June 27, 2014 Opinion of the Court entered in the above-referenced case, enclosed herewith please find a verified bill of costs, accompanied by a copy of the printer's bill. A copy of this letter and enclosures is being served electronically this day to Appellants' counsel of record via CM/ECF and also by placing the same in the custody of the United States Postal Service, first class postage prepaid.

You are hereby requested to cause this bill of costs to be taxed as costs in your Court in favor of Appellees, John R. Behrmann and Nancy Behrmann, and against Appellant, National Heritage Foundation, Inc. Should you have any questions respecting this letter or the materials enclosed herewith, or should you require any additional materials or information, please do not hesitate to contact me.

Very truly yours,

G.W. MERRICK & ASSOCIATES, LLC

By: _____
Glenn W. Merrick

Patricia S. Connor, Esq.
United States Court of Appeals for the Fourth Circuit
July 11, 2014
Page 2

Enclosures

cc (via CM/ECF and U.S. Mail):

    Daniel J. Schendzielos, Esq.
    Colorado Trial Lawyers & Legal Services, LLC
    8547 E. Arapahoe Rd., #J-534
    Greenwood Village, CO 80112

    David B. Goroff, Esq.
    Foley & Lardner, LLP
    321 N. Clark St., Suite 2800
    Chicago, IL 60654

    Erika L. Morabito, Esq.
    Foley & Lardner, LLP
    3000 K St. NW, Suite 600
    Washington, DC 20007

## U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT BILL OF COSTS FORM

**Directions:** Counsel for a prevailing party seeking costs must file this (or like) form within 14 days after entry of judgment. The docketing fee (if the appellant prevails) of $450 if filed prior to 12/01/13 or $500 if filed after 12/01/13 and the cost of copying formal briefs and appendices are the only costs taxable in the court of appeals. Local Rule 39(a). Enter costs for any docketing fee paid and any briefs or appendices filed and served in the spaces provided. The number of copies required for filing and service (as summarized below) can be found in Local Rules 30(b) & 31(d). Any objections to costs must be filed within 14 days (plus 3 days for electronic service) of the bill of costs. Costs are paid directly to the prevailing party or counsel, not to the clerk's office.
**Limit on Brief/Appendix Copy Costs:** (number of pages) x (number of required filing & service copies) x ($.15/ page)
  **Briefs:** (8 file copies + 0 service copies)
  **Sealed briefs:** (4 file copies + 1 service copy for each lead counsel)
  **Appendix volumes:** (6 file copies + 1 service copy for each lead counsel)
  **Sealed appendix or exhibit volumes:** (4 file copies + 1 service copy for each lead counsel)

Case Number & Caption: **Case No. 13-1608, National Heritage Foundation, Inc. v. Behrmann**

Prevailing Party Requesting Taxation of Costs: **Appellees, John R. Behrmann and Nancy Behrmann**

| Docketing Fee: May be claimed by inserting $450 or $500 at right ($5 filing fee must be claimed in district court) | | | | Charge: _____ |
|---|---|---|---|---|
| Brief filed on: 08/30/13 | No. of Pages: 42 | x 8 Copies | x $.15/page | Charge: 50.40 |
| Brief filed on: _____ | No. of Pages: _____ | x 8 Copies | x $.15/page | Charge: _____ |
| Brief filed on: _____ | No. of Pages: _____ | x 8 Copies | x $.15/page | Charge: _____ |
| Sealed Brief filed on: _____ | No. of Pages: _____ | x (4 + ___ service) Copies | x $.15/page | Charge: _____ |
| Sealed Brief filed on: _____ | No. of Pages: _____ | x (4 + ___ service) Copies | x $.15/page | Charge: _____ |
| Appendix filed on: 08/30/13 | No. of Pages: 467 | x (6 + 2 service) Copies | x $.15/page | Charge: 560.40 |
| Appendix filed on: _____ | No. of Pages: _____ | x (6 + ___ service) Copies | x $.15/page | Charge: _____ |
| Sealed Appendix or exhibit volumes filed on: _____ | No. of Pages: _____ | x (4 + ___ service) Copies | x $.15/page | Charge: _____ |
| **TOTAL AMOUNT CLAIMED IN BILL OF COSTS** | | | | **$610.80** |

1. If copying was done commercially, I have attached itemized bills. If copying was done in-house, I certify that my standard billing amount is not less than $.15 per copy or, if less, I have reduced the amount charged to the lesser rate.
2. If costs are sought for or against the United States, I further certify that 28 U.S.C. § 2412 or other statutory authority permits an award of costs in this case.
3. I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.

Signature: _/s/ Glenn W. Merrick_    Date: 07/11/14

### Certificate of Service

I certify that on this date I served this document as follows:

Electronically via CM/ECF upon Appellant's counsel of record, and also by placing the same in the custody of the U.S. Postal Service, first class postage prepaid, addressed to David B. Goroff, Esq. and Erika L. Morabito, Esq.

Signature: _/s/ Glenn W. Merrick_    Date: 07/11/14

12/01/2013 SCC

Appeal: 13-1609  Doc: 55  Filed: 07/11/2014  Pg: 4 of 5




FedEx Office

FedEx Office is your destination
for pri ing and shipping.

7795 E Belleview Ave
Englewood, CO 80111-6003
Tel: (303) 771-0302

8/30/2013                4:45:37 PM MST
Team Member: Shawn K.
Customer: oe Bernstein

SALE

| | | |
|---|---|---|
| Appendix | Qty 7 | 310.05 |
| BW 2S Copy/Print | 1645 @ | 0.1100 T |
| 000033 Reg. Price | 0.22 | |
| Comb CardStk Cvr>1" | 7 @ | 4.9900 T |
| 000872 Reg. Price | 4.99 | |
| BW 1S Resume Card | 7 @ | 0.3100 T |
| 000005 Reg. Price | 0.31 | |
| Price per piece | 31.15 | |
| Regular Total | 399.00 | |
| Discounts | 180.95 | |
| Brief | Qty 9 | 70.38 |
| BW 1S Copy/Print | 378 @ | 0.1100 T |
| 000001 Reg. Price | 0.11 | |
| Comb CardStk Cvr | 9 @ | 2.9900 T |
| 000458 Reg. Price | 2.99 | |
| BW 1S Cardstock | 9 @ | 0.2100 T |
| 000006 Reg. Price | 0.21 | |
| Price per piece | 7.82 | |
| Regular Total | 70.38 | |
| Discounts | 0.00 | |
| Sub-Total | | 288.43 |
| Tax | | 21.98 |

| | |
|---|---|
| Deposit | 0.00 |
| Total | 310.41 |
| Visa (S) | 310.41 |
| Account: 9159 | |
| Auth: 710364 (A) | |
| Total Tender | 310.41 |
| Change Due | 0.00 |
| Total Discounts | 180.95 |

*047200058334*

Tell us how we're doing and receive
$5 off your next $25 print project
fedex.com/welisten or 1-800-398-0242
Offer Code:____  Offer expires 9/30/13

Thank you for visiting

FedEx Office
Make It. Print It. Pack It. Ship It.
fedex.com/office

By submitting your project to FedEx
Office or by making a purchase in the
FedEx Office store, you agree to all
the FedEx Office terms and conditions
located at fedex.com/office or
you may request a copy of our terms
and conditions, which will be made
available to you upon request.

Customer Copy