FILED: August 18, 2014

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 13-1608
(1:12-cv-01329-AJT-JFA)
(09-10525-BFK)
(09-01342-SSM)

_____

NATIONAL HERITAGE FOUNDATION, INCORPORATED

  Plaintiff - Appellant

v.

HIGHBOURNE FOUNDATION; JOHN R. BEHRMANN; NANCY BEHRMANN

  Defendants - Appellees

_____

O R D E R

_____

  Costs for these proceedings are taxed and certified in the amount of $610.80, as itemized in the accompanying bill of costs. The costs taxed shall be added to this court's mandate in accordance with Fed. R. App. P. 39(d).

         For the Court--By Direction

         /s/ Patricia S. Connor, Clerk