# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 27, 2014

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219


Re:  National Heritage Foundation, Inc.
     v. Highbourne Foundation, et al.
     No. 14-481
     (Your No. 13-1608)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 23, 2014 and placed on the docket October 27, 2014 as No. 14-481.


Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst